AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

UNITED STATES OF AMERICA

V.

**DEREIK S. SIMPSON**

SEP 0 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**WARRANT FOR ARREST**

CASE NUMBER 06 - 387 - M - 01

To:    The United States Marshal
       and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ DEREIK S. SIMPSON _____
                                              Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly and intentionally embezzling, stealing, purloining, or converting to his own use a thing of
value of the United States, specifically a Dell D600 laptop computer with a value of $2,215.00

in violation of Title _18_ United States Code, Section(s) _§ 641_ .

ALAN KAY
U.S. MAGISTRATE JUDGE

Name of Issuing Officer

_____
Signature of Issuing Officer

ALAN KAY
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

AUG 31 2006    District of Columbia
Date and Location

Bail fixed at $ _____    by _____
                                         Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED 8/31/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 9/8/06 | Stephenie K. Owens Deputy US Marshal | Stephenie K. Owens |

1211152