UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 06-0387M-01 (CR) |
| | : | |
| **DEREIK S. SIMPSON,** | : | VIOLATION: 18 U.S.C. § 641 |
| **Defendant.** | : | (Theft of Government Property) |

### I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

Between on or about September 29, 2004, and on or about October 23, 2004, within the District of Columbia, **DEREIK S. SIMPSON** knowingly did embezzle, steal, purloin, and convert without authority a thing of value of the United States, that is, a DELL Latitude 600 laptop computer, serial number DGMQP51, with a value of more than $1,000.00.

(**Theft of Government Property**, in violation of Title 18, United States Code, Section 641)

KENNETH L. WAINSTEIN
Attorney of the United States in
and for the District of Columbia
Bar No. 451-058

BY: _____
JESSIE K. LIU
Assistant United States Attorney
D.C. Bar No. 472-845
Federal Major Crimes Section
555 4th Street, N.W., Room 4649
Washington, D.C. 20530
(202) 514-7549