AO 455 (Rev. 5/85) Waiver of Indictment

**FILED**

# UNITED STATES DISTRICT COURT

DISTRICT OF Columbia

OCT 1 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

Dereik S. Simpson

**WAIVER OF INDICTMENT**

CASE NUMBER: 06-283

I, Dereik S. Simpson, the above named defendant, who is accused of

Theft of Government Property

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on October 16, 2006 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Defendant* [signature]

*Counsel for Defendant* [signature]

Before [signature]
   *Judicial Officer*

16 Oct 2006