UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No. 06-283 (RMC) |
| : | |
| DEREIK S. SIMPSON, : | **FILED** |
| : | OCT 1 6 2006 |
| Defendant. : | |
| _____ : | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

## STATEMENT OF THE OFFENSE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant, Dereik S. Simpson, hereby submit this Statement of the Offense. The essential elements of the felony offense of Theft of Government Property, in violation of 18 U.S.C. § 641, each of which the Government must prove beyond a reasonable doubt, are:

1. That Defendant embezzled, stole, purloined, or knowingly converted to his own use a thing of value;

2. That the thing of value belonged to the United States, or had been made or was being made under contract for the United States; and

3. That the thing of value had a value of more than $1,000.00.

Had this matter proceeded to trial, the Government was prepared to prove beyond a reasonable doubt that on a date between September 29, 2004, and October 23, 2004, Defendant, Dereik S. Simpson, removed a Dell Latitude D600 laptop computer, serial number DGMQP51, from the Department of Homeland Security (DHS)'s Nebraska Avenue Complex (NAC). The NAC is located at 3801 Nebraska Avenue, N.W., in Washington, D.C. DHS is a department or agency of the United States. At the time Defendant Simpson removed the computer from the NAC, he was an

employee of Business Plus Corporation (BPC), a contractor that provided office services to DHS, and was able to gain access to the NAC by using identification cards issued to him in connection with his work for BPC. Defendant Simpson knew that he did not have authorization to remove the computer from the NAC and intended to convert the computer for his own use. After taking the computer, Defendant Simpson gave it to his grandfather as a birthday gift.

On or about February 5, 2005, at about 10:45 p.m., Defendant Simpson entered the NAC, went to the storage area where laptop computers were kept, loaded five (5) Dell Latitude D600 laptop computers onto a cart, and removed them from the storage area. At the time, Defendant Simpson knew that he did not have authorization to remove the computers and intended to convert them to his own use. Defendant Simpson was stopped by security officials before he could leave the NAC with the computers, however. The five (5) computers were returned to the storage area. On February 6, 2006, Defendant Simpson gave a written statement admitting that he had tried to steal the five computers he removed from the NAC storage area the night before and, on another occasion, had stolen at least one other computer from the NAC.

All six (6) computers that Defendant Simpson stole or attempted to steal were owned by Unisys Corporation, and were provided to DHS on a contract basis for the use of DHS employees. A number of Dell Latitude D600 laptop computers, including the computer that Defendant Simpson stole and gave to his grandfather, disappeared from the NAC in the fall of 2004 and winter of 2005. DHS reimbursed Unisys Corporation in the amount of $2,215.00 for each of those computers.

This Statement of the Offense is a summary of Defendant Simpson's participation in the offense of Theft of Government Property, in violation of 18 U.S.C. § 641, and is not intended to be

a complete accounting of all facts and events related to the offense. The limited purpose of this Statement of the Offense is to demonstrate that a factual basis exists to support Defendant Simpson's guilty plea in this case.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney

        CATHERINE K. CONNELLY
        Assistant United States Attorney
        Mass. Bar No. 649430
        Federal Major Crimes Section
        555 Fourth Street, N.W., Room 4844
        Washington, D.C. 20530
        202-514-7549

## DEFENDANT'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have discussed it with my attorney, Melvin L. Otey, Esquire. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 10/16/06

DEREIK S. SIMPSON
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense, and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 10/16/06

MELVIN L. OTEY, ESQUIRE
Attorney for Defendant