PROB 12c
(Rev.03/07)



FILED

MAY 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF COLUMBIA

U.S.A. vs. **Dereik S. Simpson**                           Docket No. CR 06-283

### REQUEST FOR COURSE OF ACTION
(Statement of Alleged Violations of Probation)

COMES NOW  Rodney D. Carter , PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Dereik S. Simpson, who was placed on Probation by the Honorable **Rosemary M. Collyer,** United States District Judge, sitting in the Court at Washington, **D.C.,** on the 26th  day of **January,** 20 07 , who fixed the period of probation at 3  years; and imposed the general terms and conditions of Probation theretofore adopted by the Court, and also imposed special conditions and terms as follows:,

1. Pay a special assessment of $100.

2. Submit to mandatory DNA collection.

3. Pay a $1000 fine at a rate of no less than $50 per month.

4. Participate in a substance abuse treatment program,

5. Submit to financial disclosure.

Dereik S. Simpson p!ed guilty on October 16, 2006, to Theft Of Government Property, in violation of 18 U.S.C.§ 641. On January 26, 2007, Mr. Simpson was sentenced to three years probation. Mr. Simpson's probation commenced on January 26, 2007, and is scheduled to expire on January 25, 2010.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS  FOLLOWS:**

Statement of Alleged Violations of Probation

1. **On April 13, 2007, Mr. Simpson was arrested and charged with committing a federal, state, or local crime. (Standard Condition)**

2. **On April 25, 2007, Mr. Simpson was arrested and charged with committing a federal,** state, **or local crime. (Standard Condition)**

3. **Mr. Simpson failed to notify the U.S. Probation Office within 72 hours of being arrested on April 13 and 25 2007. (Standard Condition)**

SIMPSON, Dereik S.
Docket No: CR-06-283
Page: 2

4.  Mr. Simpson submitted an untruthful written monthly report to the U.S. **Probation** Office on May **7, 2007.** (Standard Condition)

Respectfully submitted,

Rodney D. Carter
United States Probation Officer
Telephone: (202) 565-1363


APPROVED BY: _____
Anthony K. Hill, Supervising
United States Probation Officer
(202) 565-1417