UNITED STATES DISTRICT COURT
FOR THE
THE DISTRICT OF COLUMBIA

**FILED**

MAY 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. **Dereik S. Simpson**                              Docket No.: **CR 06-283**

REQUEST FOR COURSE OF ACTION

PRAYING THE COURT WILL ORDER a hearing on violation of probation with voluntary appearance of **Dereik S. Simason** on ___TBD after 7/3/07 to a MJ___

ORDER OF COURT

Considered and ordered this ___25___ day of ___May___, 2007.

_____
Rosemary M. Collyer
United States District Judge