**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
                               )
UNITED STATES,                 )
                               )
        v.                     )    Case No. RMC 06 CR 283
                               )    Judge Rosemary M. Collyer
DEREIK S. SIMPSON,             )
                               )
_____)
```

**MOTION TO WITHDRAW APPEARANCE**

COMES NOW Defendant's counsel, Melvin L. Otey, Esq., pursuant to Local Criminal Rule 44.5(d) and moves this honorable Court for an order withdrawing his appearance as counsel for the Defendant, Dereik S. Simpson. Counsel's professional commitments will no longer allow him to represent Defendant in this matter. Defendant verbally consented to this withdrawal today.

Defendant's counsel certifies that Defendant Dereik S. Simpson's last known address is 1034 Southern Avenue, Washington, D.C., 20032 and that one copy of the Motion to Withdraw Appearance was served by First-Class US Mail, postage prepaid to Defendant at the same address on May 30, 2007. Defendant's counsel further certifies that on May 30, 2007, Defendant was verbally advised of counsel's intention to file the instant motion to withdraw and was advised in writing to (1) have his new counsel to enter his or her appearance or (2) notify the Clerk of Court in writing of his intention to represent himself.

**WHEREFORE**, undersigned counsel prays (1) that this Motion to Withdraw be granted; (2) that the Court strike the appearance of the undersigned counsel as attorney for the

1

Defendant in the above-captioned matter; and, (3) for such further relief as to the nature of this cause may require.

                                  Respectfully submitted,

                                  ___/s/_____
                                  Melvin L. Otey, Esq.
                                  Law Offices of Melvin L. Otey, PLLC
                                  3609 Georgia Ave., NW Suite 200
                                  Washington, DC 20010
                                  (202) 882-0050 FAX
                                  (202) 882-0022

                                  **Attorney for Defendant**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES,** | ) | |
| | ) | |
| v. | ) | **Case No. RMC 06 CR 283** |
| | ) | **Judge Rosemary M. Collyer** |
| **DEREIK S. SIMPSON,** | ) | |

### ORDER

Upon consideration of Defendant Counsel's Motion to Withdraw Appearance, there being no opposition thereto, and the entire record herein, it is this _____ day of _____, 2007,

ORDERED, said motion is hereby GRANTED.

_____
Rosemary M. Collyer
United States District Court Judge