IN THE

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff; | ) |
| | ) |
| v. | ) CR. NO. 06-283 (RMC) |
| | ) |
| DEREIK S. SIMPSON, | ) |
| Defendant. | ) |

NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
Shawn Moore
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500