**FILED**

SEP – 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE
## THE DISTRICT OF COLUMBIA

U.S.A. vs. **Dereik S. Simpson**                                    Docket No.: **CR 06-283**

## REQUEST FOR COURSE OF ACTION

PRAYING THE COURT WILL ORDER that the additional violation of probation be addressed at the Hearing on Violation of Probation before Magistrate Judge Deborah A. Robinson on October 9, 2007.

**ORDER OF COURT**

Considered and ordered this _____30_____ day of _____August_____, 2007.

_____
Rosemary M. Collyer
United States District Judge