PROB 12c
(Rev 03/07)

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

**FILED**
SEP 1 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. **Dereik S. Simpson**                Docket No. CR **06-283**

### REQUEST FOR COURSE OF ACTION
(Petition and Statement of Additional Violation)

COMES NOW **Rodney D. Carter**, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Dereik S. Simpson**, who was placed on Probation by the Honorable **Rosemary M. Collyer**, United States District Judge, sitting in the Court at Washington, D.C., on the **26th** day of **January**, 20 **07**, who fixed the period of probation at **3** years, and imposed the general terms and conditions of Probation theretofore adopted by the Court, and also imposed special conditions and terms as follows:

1. Pay a special assessment of $100.

2. Submit to mandatory DNA collection.

3. Pay a $1000 fine at a rate of no less than $50 per month.

4. Participate in a substance abuse treatment program.

5. Submit to financial disclosure.

Dereik S. Simpson pled guilty on October 16, 2006, to Theft Of Government Property, in violation of 18 U.S.C.§ 641. On January 26, 2007, Mr. Simpson was sentenced to three years probation. Mr. Simpson's probation commenced on January 26, 2007, and is scheduled to expire on January 25, 2010.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

<u>Statement of Additional Violation of Probation</u>

**6.     Mr. Simpson has used illicit substances. (Standard Condition)**

SIMPSON, Dereik S.
Docket No: CR-06-283
Page: 2

Respectfully submitted,

*[signature]*

Rodney D. Carter
United States Probation Officer
Telephone: (202) 565-1363

APPROVED BY: *[signature]*
Anthony K. Hill, Supervising
United States Probation Officer
(202) 565-1417

Praying the Court will order that the additional violation of probation be addressed at the forthcoming hearing on violation. Should Your Honor concur, the attached order has been prepared.

*[signature]*
Rosemary M. Collyer
United States District Judge

9/19/07
Date