UNITED STATES DISTRICT COURT
FOR THE
THE DISTRICT OF COLUMBIA

FILED

SEP 19 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. **Dereik S. Simpson**  Docket No.: **CR 06-283**

REQUEST FOR COURSE OF ACTION

PRAYING THE COURT WILL ORDER that the additional violation of probation be addressed at the Hearing on Violation of Probation before Magistrate Judge Deborah A. Robinson on October 9, 2007.

ORDER OF COURT

Considered and ordered this ___19___ day of ___Sept___, 2007.

_____
Rosemary M. Collyer
United States District Judge