UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEREIK S. SIMPSON,<br><br>Defendant. | Criminal Action No. 06-0283-01<br>RMC/DAR<br><br>**FILED**<br><br>OCT 2 9 2007<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## REPORT AND RECOMMENDATION

On October 16, 2006, Defendant pled guilty to theft of government property in violation of 18 U.S.C. § 641. On January 26, 2007, the court sentenced Defendant to a term of probation of three years. From May through August, 2007, Defendant's assigned United States Probation Officer stated a total of five alleged violations by Defendant of his conditions of probation. Probation Request (Form 12) (Document Nos. 16, 20 and 22); *see also* July 6, August 28 and September 28, 2007 Memoranda from Defendant's assigned United States Probation Officer.

Defendant, his counsel, his assigned United States Probation Officer and counsel for the government appeared before the undersigned United States Magistrate Judge on October 9, 2007 for a preliminary revocation hearing. With respect to the first two alleged violations–both of which charged that Defendant had engaged in new criminal conduct–Defendant's probation officer advised that as to the first, Defendant was convicted of a misdemeanor (embezzlement), and that as to the second, the charges were "nolle prossed." *See also* September 28, 2007 Memorandum at 2. Defendant's probation officer characterized the remaining violations as "technical" ones, and advised, with respect to the fifth alleged violation (use of illicit substances), that Defendant now tests negative. Finally, Defendant's probation officer advised

United States of America v. Simpson                                                                 2

that Defendant is employed and reports the Probation Office as directed.  The Probation Office did not request revocation of Defendant's term of probation, and instead, asked that Defendant's term of probation be modified to add as a special condition that Defendant serve a period of up to 120 days in the Bureau of Prisons Sanctions Center.

Defendant, through his counsel, concurred in the recommendation.  Counsel for the government also concurred in the recommendation.

Upon consideration of the entire record herein, and for the reasons offered by Defendant's assigned United States Probation Officer, the undersigned joins the Probation Office and counsel in recommending the proposed modification of Defendant's conditions of probation.  It is, therefore, this 29th day of October, 2007,

**RECOMMENDED** that Defendant's conditions of probation be modified to require that he serve a period of up to 120 days in the Bureau of Prisons Sanctions Center.

_____
DEBORAH A. ROBINSON
United States Magistrate Judge