UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 06-283-01(RMC) |
| ) | |
| DEREIK S. SIMPSON, ) | **FILED** |
| ) | |
| Defendant. ) | NOV 2 8 2007 |
| ) | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

## ORDER

This matter comes before the Court on the October 29, 2007 Report and Recommendation issued by Magistrate Judge Robinson concerning Defendant Dereik S. Simpson's violations of his conditions of probation.    After consideration of the record, Magistrate Judge Robinson joined the Probation Office and counsel in recommending that Mr. Simpson's probation be modified to require that he serve a period of up to 120 days in the Bureau of Prisons Sanctions Center.  Accordingly, it is hereby

**ORDERED** that the October 29, 2007 Report and Recommendation [Dkt. #24] is **ADOPTED**; and it is

**FURTHER ORDERED** that Defendant's conditions of probation be modified to require that he serve a period of up to 120 days in the Bureau of Prisons Sanctions Center.

**SO ORDERED.**

ROSEMARY M. COLLYER
United States District Judge

DATE: November 27, 2007